UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 18-30338-H4-7 |
|---|---|---|
| | § | |
| AXXIS DRILLING INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Sommers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $3,797,130.58 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $221,119.48 | | |

3)   Total gross receipts of $4,018,250.06  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $4,018,250.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $221,119.48 | $221,119.48 | $221,119.48 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $377,188.48 | $530,886.41 | $237,587.11 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $163,109,150.93 | $152,577,022.05 | $152,577,022.05 | $3,559,543.47 |
| **Total Disbursements** | **$163,486,339.41** | **$153,329,027.94** | **$153,035,728.64** | **$4,018,250.06** |

4). This case was originally filed under chapter 7 on 01/29/2018. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>09/11/2019</u>     By: <u>/s/ Ronald J. Sommers</u>
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Settlement with St. Mary Parish Sales and Use Tax Department and Jeffrey LaGrange, CTE | 1249-000 | $18,250.06 |
| Settlement with Trinidad Drilling Ltd. and Trinidad Holding Co. | 1249-000 | $4,000,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,018,250.06** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Sommers, Trustee | 2100-000 | NA | $143,797.50 | $143,797.50 | $143,797.50 |
| Attorney for Trustee | 3110-000 | NA | $71,242.50 | $71,242.50 | $71,242.50 |
| Attorney for Trustee | 3120-000 | NA | $256.98 | $256.98 | $256.98 |
| Accountant for Trustee | 3410-000 | NA | $5,812.50 | $5,812.50 | $5,812.50 |
| Accountant for Trustee | 3420-000 | NA | $10.00 | $10.00 | $10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $221,119.48 | $221,119.48 | $221,119.48 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | St. Martin Parish School Board, Sales Tax Dept | 5800-000 | $194,167.21 | $194,167.21 | $0.00 | $0.00 |
| 5 | Lafayette Parish School System | 5800-000 | $52,108.87 | $55,073.69 | $0.00 | $0.00 |
| 6 | Lafayette Parish School System | 5800-000 | $128.07 | $44,058.40 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Vermillion Sales Tax Department | 5800-000 | $45,461.61 | $36,369.29 | $36,369.29 | $0.00 |
| 8 | St. Martin Parish School Board, Sales Tax Dept | 5800-000 | $0.00 | $157,159.42 | $157,159.42 | $0.00 |
| 9 | Lafayette Parish School System | 5800-000 | $85,322.72 | $44,058.40 | $44,058.40 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $377,188.48 | $530,886.41 | $237,587.11 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | BellSouth Telecommunications, Inc | 7100-000 | $43,497.82 | $43,497.81 | $43,497.81 | $21,719.47 |
| 3 | Exploraciones y Perforadora Central | 7100-000 | $6,761,722.77 | $7,085,238.79 | $7,085,238.79 | $3,537,824.00 |
| 4 | Trinidad Holding Co. | 7400-000 | $156,296,423.92 | $145,448,285.45 | $145,448,285.45 | $0.00 |
| | AT&T | 7100-000 | $7,506.42 | $0.00 | $0.00 | $0.00 |
| | Gilbert Price | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Vickie Lory | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $163,109,150.93 | $152,577,022.05 | $152,577,022.05 | $3,559,543.47 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 18-30338-H4-7 | Trustee Name: | Ronald J. Sommers |
| Case Name: | AXXIS DRILLING INC | Date Filed (f) or Converted (c): | 01/29/2018 (f) |
| For the Period Ending: | 9/11/2019 | §341(a) Meeting Date: | 04/25/2018 |
| | | Claims Bar Date: | 10/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Wells Fargo Bank checking account | | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Axxis Drilling (Land) Inc. 100% Unknown | | Unknown | $0.00 | | $0.00 | FA |
| 4 | Axxis Drilling (Bareboat) Inc. is a wholly-owned subsidiary of Axxis Drilling (Land) Inc. indirectly 100% Unknown | | Unknown | $0.00 | | $0.00 | FA |
| 5 | Settlement with Trinidad Drilling Ltd. and Trinidad Holding Co. | (u) | $0.00 | $4,000,000.00 | | $4,000,000.00 | FA |
| Asset Notes: | #105 01/11/19 | | | | | |
| 6 | Settlement with St. Mary Parish Sales and Use Tax Department and Jeffrey LaGrange, CTE | (u) | $0.00 | $18,250.06 | | $18,250.06 | FA |
| Asset Notes: | #116 01/23/19 | | | | | |

**TOTALS (Excluding unknown value)**                       $0.00            $4,018,250.06                    $4,018,250.06     **Gross Value of Remaining Assets**   $0.00

**Major Activities affecting case closing:**
09/11/2019    TDR SUBMITTED
03/11/2019    TFR SUBMITTED

Initial Projected Date Of Final Report (TFR):   12/31/2019      Current Projected Date Of Final Report (TFR):   03/31/2019      /s/ RONALD J. SOMMERS
                                                                                                                                RONALD J. SOMMERS

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-30338-H4-7 | | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|---|
| Case Name: | AXXIS DRILLING INC | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3626 | | | Checking Acct #: | ******3801 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | CHK |
| For Period Beginning: | 1/29/2018 | | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 9/11/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/15/2019 | (5) | Trinidad Holding Company | #105 01/11/19 Settlement | 1249-000 | $4,000,000.00 | | $4,000,000.00 |
| 01/24/2019 | | Exploraciones y Perforadora Central, S.A. de C.V. | #117 01/23/19 Interim Distribution (wired out) | 7100-000 | | $3,200,000.00 | $800,000.00 |
| 01/24/2019 | 1000 | St. Martin Parish School Board, Sales Tax Dept | #117 01/23/19 Interim Distribution | 7100-000 | | $157,159.42 | $642,840.58 |
| 01/24/2019 | 1001 | BellSouth Telecommunications, Inc | #117 01/23/19 Interim Distribution | 7100-000 | | $19,645.49 | $623,195.09 |
| 01/24/2019 | 1002 | Lafayette Parish School System | #117 01/23/19 Interim Distribution | 7100-000 | | $44,058.40 | $579,136.69 |
| 01/24/2019 | 1003 | Lafayette Parish School System | #117 01/23/19 Interim Distribution | 5800-000 | | $36,369.29 | $542,767.40 |
| 01/24/2019 | 1003 | VOID: Lafayette Parish School System | Wrong payee | 5800-003 | | ($36,369.29) | $579,136.69 |
| 01/24/2019 | 1004 | Vermillion Sales Tax Department | #117 01/23/19 Interim Distribution | 7100-000 | | $36,369.29 | $542,767.40 |
| 02/13/2019 | (6) | St. Mary Parish | Settlement | 1249-000 | $18,250.06 | | $561,017.46 |
| 02/25/2019 | 1005 | Munshi CPA, P.C. | #132 02/20/19 Accountant Fees & Expenses | * | | $5,822.50 | $555,194.96 |
| | | | $(5,812.50) | 3410-000 | | | $555,194.96 |
| | | | $(10.00) | 3420-000 | | | $555,194.96 |
| 02/25/2019 | 1006 | Nathan Sommers Jacobs, P.C. | #131 02/20/19 Attorney Fees & Expenses | * | | $71,499.48 | $483,695.48 |
| | | | $(71,242.50) | 3110-000 | | | $483,695.48 |
| | | | $(256.98) | 3120-000 | | | $483,695.48 |
| 02/25/2019 | 1007 | Ronald J. Sommers, Trustee | #130 02/20/19 Interim Disbursement of Trustee Fees | 2100-000 | | $114,270.27 | $369,425.21 |
| 06/04/2019 | | Benjamin O. Schupp, Esq. | #143 06/03/19 Final Distribution | 7100-000 | | $337,824.00 | $31,601.21 |
| 06/04/2019 | 1008 | Ronald J. Sommers | #143 06/03/19 Final Distribution | 2100-000 | | $29,527.23 | $2,073.98 |

SUBTOTALS   $4,018,250.06    $4,045,703.31

Page No: 2     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-30338-H4-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | AXXIS DRILLING INC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3626 | | Checking Acct #: | ******3801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 1/29/2018 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 9/11/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/04/2019 | 1009 | BellSouth Telecommunications, Inc | #143 06/03/19 Final Distribution | 7100-000 | | $2,073.98 | $0.00 |
| | | | TOTALS: | | $4,018,250.06 | $4,018,250.06 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,018,250.06 | $4,018,250.06 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,018,250.06 | $4,018,250.06 | |

| For the period of 1/29/2018 to 9/11/2019 | | For the entire history of the account between 01/14/2019 to 9/11/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,018,250.06 | Total Compensable Receipts: | $4,018,250.06 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,018,250.06 | Total Comp/Non Comp Receipts: | $4,018,250.06 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,018,250.06 | Total Compensable Disbursements: | $4,018,250.06 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,018,250.06 | Total Comp/Non Comp Disbursements: | $4,018,250.06 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2        Page No: 3       Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 18-30338-H4-7 | **Trustee Name:** | Ronald J. Sommers |
| **Case Name:** | AXXIS DRILLING INC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***3626 | **Checking Acct #:** | ******3801 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | CHK |
| **For Period Beginning:** | 1/29/2018 | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 9/11/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**     **NET DEPOSITS**     **NET DISBURSE**     **ACCOUNT BALANCES**

       $4,018,250.06     $4,018,250.06     $0.00

**For the period of 1/29/2018 to 9/11/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,018,250.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,018,250.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,018,250.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,018,250.06 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/29/2018 to 9/11/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,018,250.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,018,250.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,018,250.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,018,250.06 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS